No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Assault with intent to murder, with malice, is the offense, with punishment assessed at two years in the penitentiary.

The record is before us without a statement of facts or bills of exception, and nothing is presented for review.

The judgment is affirmed.

**Talley DISMUKE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28984.

Court of Criminal Appeals of Texas.

April 24, 1957.

**Herman CHOICE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28976.

Court of Criminal Appeals of Texas.

April 24, 1957.

